UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-MC-0052-RSL |
| Plaintiff, | (2:07-CR-0440-1) |
| v. | **Agreed Continuing Garnishee Order** |
| BRIANNE JHANELLE HAYES, | |
| Defendant/Judgment Debtor, | |
| and | |
| ICON INTERNATIONAL, INC., | |
| Garnishee. | |

A Writ of Continuing Garnishment directed to Garnishee, ICON International, Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee ICON International, Inc., filed its Answer on June 8, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Brianne Jhanelle Hayes (Ms. Hayes) was an active employee who was paid semi-monthly.

//

AGREED CONTINUING GARNISHEE ORDER
*(USA v. Brianne Jhanelle Hayes and ICON International, Inc.,*
**USDC#: 2:17-MC-0052-RSL / 2:07-CR-0440-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about May 31, 2017, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date. On June 27, 2017, the United States filed an Agreed Motion to Issue Continuing Garnishee Order, stating that it had agreed with Ms. Hayes to request a reduced garnishment rate of 15 percent of her disposable earnings at ICON International, Inc. The United States attached a Proposed Agreed Continuing Garnishee Order to that effect, jointly presented with Ms. Hayes and bearing her signature.

IT IS THEREFORE ORDERED as follows:

That Garnishee, ICON International, Inc., shall pay to the United States District Court for the Western District of Washington, all non-exempt earnings payable to Ms. Hayes, that it has previously withheld pursuant to the Writ of Garnishment;

That from this date forward, ICON International, Inc. shall withhold and pay to the United States District Court for the Western District of Washington, 15 percent of the disposable earnings payable to Ms. Hayes upon each period of time when Ms. Hayes is entitled to receive such funds, and shall continue such payments, if any, until Ms. Hayes's debt is paid in full or until she is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Ms. Hayes, or until further order of this Court;

//

**AGREED CONTINUING GARNISHEE ORDER**
*(USA v. Brianne Jhanelle Hayes and ICON International, Inc.,*
USDC#: 2:17-MC-0052-RSL / 2:07-CR-0440-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That such payments shall be applied to Ms. Hayes's outstanding obligation by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:07-CR-0440-1 and 2:17-MC-0052-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

Dated this 28th day of June, 2017.

_MWr S Lasnik_
Robert S. Lasnik
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney


_____
BRIANNE JHANELLE HAYES
Defendant/Judgment Debtor

**AGREED CONTINUING GARNISHEE ORDER**
*(USA v. Brianne Jhanelle Hayes and ICON International, Inc.,*
**USDC#: 2:17-MC-0052-RSL / 2:07-CR-0440-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970